IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| JAMES DEDUAN ANTHONY, | ) |
| Petitioner, | ) |
| | ) |
| v. | ) |
| | ) |
| DIRECTOR, TDCJ-CID, | ) |
| Respondent. | ) Civil Action No. 3:21-CV-1571-C-BN |

## ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising that Petitioner's successive application for a writ of habeas corpus under 28 U.S.C. § 2254 should be transferred to the United States Court of Appeals for the Fifth Circuit for appropriate action.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, Petitioner's successive application for a writ of habeas corpus under 28 U.S.C. § 2254 is **TRANSFERRED** to the United States Court of Appeals for the Fifth Circuit.

SO ORDERED.

Dated August 8, 2021.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] Petitioner has failed to file objections to the United States Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.